IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:24-CV-107-BO-KS

VIVIAN POMPLIANO and AJP GROUP, )
LLC d/b/a POMP BOYS MOTORS, )
        Plaintiffs, )
)
v. )    O R D E R
)
THE CITY OF ROANOKE RAPIDS, *et al.*, )
        Defendants. )

This cause comes before the Court on a motion by counsel for plaintiffs with the firm of Tin Walker Fulton & Owen to withdraw. [DE 41]. New counsel has appeared on behalf of plaintiffs. [DE 43]. For good cause shown, the motion to withdraw as counsel [DE 41] is GRANTED.

Defendants Vickie Evans and Dennis Harvey have moved to dismiss the original and amended complaint. [DE 23; DE 37]. Plaintiffs have since voluntarily dismissed defendants Vickie Evans and Dennis Harvey. [DE 40]. The motions to dismiss [DE 23; DE 37] are therefore DENIED AS MOOT.

SO ORDERED, this 12 day of March 2025.

                                       */s/ Terrence Boyle*
                                       TERRENCE W. BOYLE
                                       UNITED STATES DISTRICT JUDGE